UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

UNITED STATES OF AMERICA

-vs-                                                    Case No.  5:04-cr-38-Oc-10GRJ

RAMON LUIS GONZALEZ

_____/

## O R D E R

Following completion of an evidentiary hearing, the United States Magistrate Judge issued a report (Doc. 104) recommending that *pro se* Defendant Ramon Luis Gonzalez's Motion to Suppress Evidence (Doc. 68) be DENIED. There have been no objections to the report and recommendation of the Magistrate Judge, and the time for objection has elapsed.

Upon an independent examination of the file and upon due consideration, it is adjudged that:

(1) the report and recommendation of the Magistrate Judge (Doc. 104) is adopted, confirmed and made a part hereof; and

(2) the Defendant's Motion to Suppress Evidence (Doc. 68) is DENIED.

IT IS SO ORDERED.

DONE and ORDERED at Ocala, Florida this 1st day of August, 2005.

_____
UNITED STATES DISTRICT JUDGE

Copies to:   United States Attorney
             United States Marshal
             United States Probation Office
             U.S. Pretrial Services Office
             Counsel of Record
             Maurya McSheehy, Courtroom Deputy
             Ramon Luis Gonzalez